STAATS, EXECUTOR, v. LYDIA VAN SICKEL AND WILLIAM VAN SICKEL.

A married woman who executes a bond and mortgage with her husband to secure the purchase money of land conveyed to him, is liable on such bond.

The suit is on a money bond, in the usual form, executed by husband and wife. The wife filed a plea to the effect that she was a married woman, and that the bond in suit, together with a certain mortgage, was executed by her and her husband to secure part of the purchase money of certain lands conveyed to the husband, and that she received no consideration, and executed bond solely as surety of husband, &c.

The plea was demurred to.

PER CURIAM.

Upon the admitted facts the wife acquired a legal interest in the lands conveyed to the husband; she, therefore, cannot stand purely as surety.

The case, we think, is ruled by the decision in the Court of Errors in *Perkins* v. *Elliott*, 8 *C. E. Gr.* 526.

The plaintiff must have judgment.